**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No. 19-11402-TMD |
| GARY DEAN WHILLOCK | § | |
| | § | |
| Debtors(s) | § | Chapter 7 |

## TRUSTEE'S REPORT OF NO DISTRIBUTION

The undersigned Trustee reports to the Court that the Section 341 Meeting of Creditors was concluded on November 22, 2019; that I have executed a diligent inquiry into the financial affairs of the Debtor(s) and the location of property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP Rule 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that this report be approved, and that I be discharged from any further duties as Trustee.

**DATED**:  ___March 6, 2021___

*/s/ Ron Satija*
Ron Satija, Trustee
PO Box 660208
Austin, TX 78766-7208
Tel/Fax: (512) 733-1311
Email: rsatiaj@satijatrustee.com

## CERTIFICATE OF SERVICE

The signature above certifies that on March 6, 2021, a true and correct copy of this Report was served to the U.S. Trustee by CM/ECF.

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd Ste 230
Austin, TX 78701-2450

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| Case No.: | 19-11402-TMD | | Trustee Name: | Ron Satija |
|---|---|---|---|---|
| Case Name: | WHILLOCK, GARY DEAN | | Date Filed (f) or Converted (c): | 10/16/2019 (f) |
| For the Period Ending: | 3/6/2021 | | §341(a) Meeting Date: | 11/22/2019 |
| | | | Claims Bar Date: | 10/08/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 2004 Ford Expedition | $4,375.00 | $0.00 | | $0.00 | FA |
| 2 | 2010 Dodge Ram 1500 | $11,425.00 | $0.00 | | $0.00 | FA |
| 3 | Household | $3,350.00 | $0.00 | | $0.00 | FA |
| 4 | Electronics | $1,425.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing | $1,400.00 | $0.00 | | $0.00 | FA |
| 6 | Jewelry | $375.00 | $0.00 | | $0.00 | FA |
| 7 | Cash | $105.00 | $0.00 | | $0.00 | FA |
| 8 | United Heritage CU business checking - dba Exteriors by Gary Whillock 5719 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** ($50.66) | | | | | | |
| 9 | Texell Credit Union business checking - dba Exteriors by Gary Whillock 1825 | $178.29 | $0.00 | | $0.00 | FA |
| 10 | Texell Credit Union - personal checking 5178 | $46.96 | $0.00 | | $0.00 | FA |
| 11 | United Heritage CU checking RCBH-TX | $0.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** Not listed in Doc 20 01/17/20 amended scheds | | | | | | |
| 12 | United Heritage CU checking RCBH-TX | $0.00 | Unknown | | $0.00 | FA |
| **Asset Notes:** Not listed in Doc 20 01/17/20 amended scheds | | | | | | |
| 13 | United Heritage CU business savings - dba Exteriors by Gary Whillock 5719 | $1.00 | $0.00 | | $0.00 | FA |
| 14 | United Heritage CU Savings RCBH-TX | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Not listed in Doc 20 01/17/20 amended scheds | | | | | | |
| 15 | United Heritage CU savings RCBH-TX | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Not listed in Doc 20 01/17/20 amended scheds | | | | | | |
| 16 | Texell Credit Union business savings - dba Exteriors by Gary Whillock 1825 | $5.00 | $0.00 | | $0.00 | FA |
| 17 | Texell Credit Union - personal savings 5178 | $5.00 | $0.00 | | $0.00 | FA |
| 18 | 100% interest in Roof Contractors for Better Homes of Texas dba Austin Roofing Contractors | $0.00 | $0.00 | | $0.00 | FA |
| 19 | 100% interest in dba Exteriors by Gary Whillock | $0.00 | $0.00 | | $0.00 | FA |
| 20 | 100% interest in dba Roofs by Gary Whillock | $0.00 | $0.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2

| Case No.: | 19-11402-TMD | | Trustee Name: | Ron Satija |
|---|---|---|---|---|
| Case Name: | WHILLOCK, GARY DEAN | | Date Filed (f) or Converted (c): | 10/16/2019 (f) |
| For the Period Ending: | 3/6/2021 | | §341(a) Meeting Date: | 11/22/2019 |
| | | | Claims Bar Date: | 10/08/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |
| 21 | 100% interest in Whillock Enterprises Inc | $0.00 | $0.00 | | $0.00 | FA |
| 22 | security deposit: City of Austin | $200.00 | $0.00 | | $0.00 | FA |
| 23 | Security deposit on rental unit | $2,975.00 | $0.00 | | $0.00 | FA |
| 24 | TX drivers license | $0.00 | $0.00 | | $0.00 | FA |
| 25 | Customer info | $0.00 | Unknown | | $0.00 | FA |
| 26 | exteriorsbygarywhillock.com | $0.00 | Unknown | | $0.00 | FA |
| 27 | United Heritage CU personal checking 5373 **(u)** | $7.25 | $7.25 | | $0.00 | FA |
| 28 | United Heritage CU personal savings 5373 **(u)** | $1.00 | $1.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | **Gross Value of Remaining Assets** |
|---|---|
| $25,874.50          $8.25          $0.00 | $0.00 |

**Major Activities affecting case closing:**

| 03/05/2021 | TTE review of assets and determination |
|---|---|
| 07/23/2020 | TTE followed up with Debtor's counsel regarding asset questions and with creditor's counsel regarding potential purchase of assets |
| 07/03/2020 | Doc 34 Ord on Claims Bar Date |
| 06/30/2020 | Doc 33 - Request for Notice of Assets |
| 06/13/2020 | TTE review MSJ reply |
| 06/08/2020 | Review MSJ response |
| 01/20/2020 | Review Phillips adversary |
| 12/10/2019 | Debtor's address changed from: |
| | 6526 LOST HORIZON DR |
| | AUSTIN TX 78759 |

**Initial Projected Date Of Final Report (TFR):**  09/30/2022       **Current Projected Date Of Final Report (TFR):**  09/30/2022       /s/ RON SATIJA

RON SATIJA